**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1701**

UNITED STATES EX REL. ALEX ABOU-HUSSEIN,

          Plaintiff - Appellant,

      v.

SCIENCE APPLICATIONS INTERNATIONAL CORPORATION; SENTEK
CONSULTING,

          Defendants – Appellees,

      and

EAGAN MCALLISTER ASSOCIATES, INCORPORATED; SPACE AND NAVAL
WARFARE SYSTEMS COMMAND,

          Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge. (2:09-cv-01858-RMG)

Submitted: August 21, 2012      Decided: August 23, 2012

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alex Abou-Hussein, Appellant Pro Se.  Lisa Kinney Helvin,
Michael L. Waldman, ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER, LLP, Washington, D.C.; Gary K. Brucker,
Jr., Christian D. Humphreys, MCKENNA LONG AND ALDRIDGE, San

Diego, California, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex Abou-Hussein appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abou-Hussein v. Science Applications Int'l Corp., No. 2:09-cv-01858-RMG (D.S.C. May 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3